**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


UNITED STATES OF AMERICA

-vs-                                              Case No. 2:17-CR-99 (01)

**Edith Lodegari Dominguez-Leguizamo**
_____


**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**


The Defendant, by consent, has appeared before me pursuant to
Rule 11, F.R.Cr.P. and has entered a plea of guilty to Count one (1)
of the Information.  After examining the Defendant under oath
concerning each of the subjects mentioned in Rule 11, I determine that
the defendant is competent and capable of entering an informed plea,
that the guilty plea is knowingly and voluntarily made and that the
offenses charged are supported by an independent basis in fact
containing each of the essential elements of such offense.

I therefore RECOMMEND the plea agreement and the plea of
guilty should be accepted and the Defendant should be adjudged guilty
and sentenced accordingly.  Otherwise, the plea agreement should be
rejected and the defendant should be allowed to withdraw the guilty
plea.

The Defendant remains in U.S. Marshal custody pending sentencing.


Date: June 1, 2017                    _/s/ Terence P. Kemp_____
                                      UNITED STATES MAGISTRATE JUDGE


**NOTICE**

Failure to file written objections to this Report and
Recommendation within fourteen (14) days from the date of its service
shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28
U.S.C. Section 636(b)(1)(B).